UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CLARENCE PEOPLES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 07-903 (RJL) |
| ) | |
| JOHN E. POTTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(September 27, 2007)

Plaintiffs filed this civil action on May 14, 2007. One summons was issued. It does not appear from the record that service has been effected. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4 (m). The 120-day period having run, it is

**ORDERED** that plaintiffs shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiffs do not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge