**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLARENCE PEOPLE, et al, <br>  Plaintiffs, <br> <br> vs. <br> <br> JOHN E. POTTER, et al., <br> <br>  Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> )  Civil Case No.: 07-903 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S RESPONSE TO COURT ORDER

COMES NOW, Plaintiffs, Clarence Peoples, et al., (herein after the "Plaintiffs"), by and through undersigned counsel, hereby request leave of the court for late service of process. Plaintiffs acted in good faith under Fed. R. Civ. P. 4(E), and in support thereof, hereby state:

1. Plaintiffs relied upon to a commercial process server, Karen A. Abbott to serve the complaints and summons on Defendants in a timely manner.

2. Karen A. Abbott served two (2) of the Plaintiff's complaint and summons but did not serve the last complaint and summons in a timely manner.

3. Through no fault of our own, Plaintiffs made good faith efforts to serve Defendants, and, ***but for this failure*** of the process server would have complied with Fed R. Civ. P. 4(E).

WHEREFORE, the Plaintiffs pray that this Honorable Court reconsider its order dated September 27, 2007 in the above captioned case for the reasons stated herein.

Respectfully submitted,

/s/ James Q. Butler
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006
Telephone:  (202) 223-6767
Facsimile:  (202) 223-3039
Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE PEOPLES, et al.,   ) | |
|     Plaintiffs,   ) | |
| vs.   ) | |
|    ) | |
| JOHN E. POTTER, et al,   ) | Civil Case No.: 07-903 (RLJ) |
|    ) | |
|     Defendants.   ) | |
| _____   ) | |

## ORDER

Upon consideration of the Plaintiffs, Clarence Peoples, et al., Plaintiff's Response to Court Order , and it appearing that the grounds exist for granting the relief sought by the Motion, it is this _____ day of _____, 2007,

ORDERED; that the Plaintiff's Response to Court Order in the above captioned case be granted.

_____
JUDGE

**Certificate of Service**

    I hereby certify that, on this 1st day of October, 2007, a true and correct copy of the foregoing was electronically filed to the U.S. Attorney General, Department of Justice, 950 Pennsylvania Ave NW, Washington, D.C. 20530.

<u>/s/ James Q. Butler</u>
James Q. Butler, Esq.
Attorney for Plaintiffs