UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLARENCE PEOPLES, *et al.*,              )
                                          )
            Plaintiffs,                   )
                                          )
    v.                                    )    Civil Case No. 07-0903 (RJL)
                                          )
JOHN E. POTTER, *et al.*,                 )
                                          )
            Defendants.                   )

## ORDER
(November 28, 2007)

Plaintiffs filed this civil action on May 14, 2007. One summons was issued. The Court entered an Order to Show Cause on September 28, 2007. Plaintiffs filed a response to the Order to Show Cause on October 9, 2007, indicating that two defendants had been served in a timely fashion.

It does not appear on the record, however, that proof of service has been made to the Court. "If service is not waived, the person effecting service shall make proof thereof to the court. If service is made by a person other than a United States marshal or deputy United States marshal, the person shall make affidavit thereof." Fed. R. Civ. P. 4(l). Accordingly, it is hereby:

**ORDERED** that proof of service shall be made on the Court within 30 days of this Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge