AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Mr. Clarence Peoples
and
Mr. Hallad Little

v.

John E. Potter
US Postmaster General
and
Alexander Lazaroff
Chief Postal Inspection Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-903, RJL

TO: (Name and address of Defendant)

John E. Potter
U.S. Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group
818-18th St., N.W. - 6th Floor
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      DEC 19 2007
CLERK                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  DATE 12/21/07

NAME OF SERVER (PRINT) Karen A. Abbott    TITLE Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: Mni c. M____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07                Karen A. Abbott
                  Date                Signature of Server

                929 Hamilton St. N.W. DC.
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.