UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE PEOPLES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-0903 (RJL) |
| | ) |
| JOHN E. POTTER, *et al.* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants,[1] by an through the undersigned counsel, respectfully move the Court, pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(2), and 12(b)(5), for an order dismissing Plaintiffs' Complaint filed herein, because Plaintiffs have failed properly and timely to serve the summons and Complaint in this action. Defendants submit the attached Memorandum of Points and Authorities In Support, Declaration of Cynthia R. Parker, and proposed Order.

                      Respectfully submitted,

                      /s/
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      /s/
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

---

[1] According to the Complaint, Defendants are John E. Potter, United States Postmaster General, and Alexander Lazaroff, Chief Postal Inspector, United States Postal Inspection Service.

                     /s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE PEOPLES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0903 (RJL) |
| ) | |
| JOHN E. POTTER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through undersigned counsel, the United States Attorney for the District of Columbia, respectfully move to dismiss the Complaint in this action pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(2), and 12(b)(5). Defendants contend that Plaintiffs have failed to effect timely and proper service and that the Court, therefore, lacks personal jurisdiction over Defendants.

### I.  PROCEDURAL BACKGROUND

Plaintiffs filed this action on May 14, 2007, and one summons was issued in the case. The Court issued an Order to Show Cause on September 28, 2007.  On October 9, 2007, Plaintiffs filed a response to the Court's Order to Show Cause, advising the Court that the two Defendants had been served in a timely fashion.  On November 28, 2007, the Court issued a second Order to Show Cause to Plaintiffs, because it did not appear from the record that proof of service had been made to the Court.  The Court ordered Plaintiffs to provide proof of service to the Court within thirty days of the date of the Court's Order.  Plaintiffs provided proof of service

only with respect to John Potter, United States Postmaster General. However, the record in this case remains vacant with respect to such proof of service upon Defendant Alexander Lazaroff and the Attorney General of the United States. Moreover, the United States Attorney's Office for the District of Columbia, still has not been properly served. Having failed to effect proper service within 120 days of filing the Complaint, notwithstanding repeated Orders of this Court, Plaintiffs' Complaint should be dismissed pursuant to Fed. R. Civ. P. 4(m).

## II.  ARGUMENT

### PLAINTIFFS' COMPLAINT SHOULD BE DISMISSED FOR FAILURE TO EFFECT PROPER SERVICE

Pursuant to Fed. R. Civ. P. 4(m), a defendant must be properly served with the summons and complaint within 120 days of the filing of the complaint. If not, the Court "must" either dismiss the action against the defendant without prejudice or order that service be effected within a specified period of time.  *Id.*  Pursuant to Fed. R. Civ. P. 4(i)(1), service upon the United States must be effected by:

> deliver[ing] a copy of the summons and of the complaint to the United States attorney for the district where the action is brought –  or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk – or [by] send[ing] a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

Fed. R. Civ. P. (4)(i)(1)(A). Pursuant to Fed. R. Civ. P. 4(i)(1)(B), Plaintiffs also must send a copy of the summons and of the complaint "by registered or certified mail to the Attorney General of the United States at Washington, D.C."  "Unless service is waived, proof of service must be made to the court" and "proof must be by the server's affidavit."  Fed. R. Civ. P. 4(l).

Although Plaintiffs responded to the Court's first Show Cause Order, they have failed

fully to comply with the Court's second Show Cause Order dated November 28, 2007. This second Show Cause Order gave Plaintiffs 30 days in which to respond. Nevertheless, the record in this case still shows that Plaintiffs have not complied with the rules for service for Defendant Alexander Lazaroff, nor have they complied with the rules for service upon the United States Attorney for the District of Columbia or the Attorney General of the United States.

"A party can move the court to dismiss a complaint under the Federal Rules of Civil Procedure 12(b)(5) for insufficient service of process." '[T]he party on whose behalf service is made has the burden of establishing its validity when challenged; to do so, he must demonstrate that the procedure employed satisfied the requirements of the relevant portions of Rule 4 and any other applicable provision of law.' " *Wilson v. Prudential Financial*, 332 F. Supp. 2d 83, 87 (D.D.C. 2004) (quoting *Light v. Wolf*, 816 F.2d 746, 751 (D.C. Cir. 1987) (internal quotations omitted)). If "the plaintiff fails to effect proper service within the 120-day time limit laid down by Rule 4(m), the plaintiff carries the burden of showing good cause for that failure. *Wilson v. Prudential Financial*, 332 F. Supp. 2d at 87; *see also Hilska v. Jones*, 297 F. Supp. 2d 82, 88 (D.D.C. 2003) ("If the plaintiff fails either to effect service within the specified time or to show good cause for failing to effect service, the court may dismiss the action without prejudice.")). Fed. R. Civ. P. 4(i)(l) "requires that service on an officer of the United States be effected by serving the United States Attorney for the district in which the action is brought, as well as, the Attorney General." *Nix v. Hoke*, 62 F. Supp. 2d 110, 117 (D.D.C. 1999).

Plaintiffs have not attempted to fully comply with the Court's November 28, 2007, Order to Show Cause, nor have they attempted to cure their failure to effect proper service on Defendant Lazaroff or the United States. As reflected in the attached Declaration of Cynthia R.

Parker, the Summons and Complaint Service Book of the Civil Division of the Office of the U.S. Attorney for the District of Columbia indicates that Plaintiffs have never properly served that Office with a copy of the summons and Complaint. *See* Declaration of Cynthia R. Parker, at ¶ 3. More than 120 days have passed since Plaintiffs filed their Complaint on May 14, 2007, and because Plaintiffs have failed to effect proper service within 120 days of the filing of their Complaint, said Complaint is subject to dismissal pursuant to Fed. R. Civ. P. 4(m).

### Conclusion

WHEREFORE, for the reasons stated above, Defendants request that this motion to dismiss be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARENCE PEOPLES**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0903 (RJL) |
| ) | |
| **JOHN E. POTTER**, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF Defendants' motion to dismiss, any opposition thereto, and the entire record, it is this _____ day of February, 2008,

ORDERED, that Defendants' motion to dismiss is GRANTED; and it is

FURTHER ORDERED, that the Complaint filed herein is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARENCE PEOPLES**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0903 (RJL) |
| ) | |
| **JOHN E. POTTER**, *et al.* ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CYNTHIA R. PARKER

I, Cynthia R. Parker, do hereby depose and state that:

1. I am a Paralegal Specialist in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since September, 1999.

2. I am authorized to receive service of process in civil cases for the U.S. Attorney's Office. The procedure used in this office for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3. A review of the file in the above-referenced case indicates that Plaintiffs filed their complaint on May 14, 2007. I have reviewed the Summons and Complaint Book from that date through today's date to ascertain whether the summons and complaint in this case have been served on this office. I have determined from my review that there is no entry in the Summons and Complaint Book indicating

service on this office for this case at any time from May 14, 2007, through today's date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of February, 2008.

_____/s/_____
CYNTHIA R. PARKER