UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARENCE PEOPLES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-0903 (RJL) |
| | ) | |
| JOHN E. POTTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd day of May 2008, hereby

**ORDERED** that [#7] defendants' motion to dismiss is **GRANTED** without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge