UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARENCE PEOPLES,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Case No. 07-cv-903 (RJL) |
| | ) |
| **JOHN E. POTTER,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

ORDER
(September 4, 2008)

Upon consideration of plaintiffs' Motion for Reconsideration and Challenge to Defendant's [sic] Motion That Service Was Improperly Served [Dkt. # 12], any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that plaintiffs' motion is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge